UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO: 3:12-CV-351-JGH

| | | |
|---|---|---|
| **DARLENE WHALEY** | ) | PLAINTIFF |
| | ) | |
| vs. | ) | |
| | ) | |
| **FAMILY DOLLAR STORES OF KENTUCKY, LTD.** | ) | DEFENDANT |
| | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Family Dollar Stores of Kentucky, Ltd. hereby submits the following Corporate Disclosure Statement. Family Dollar Stores of Kentucky, Ltd. is a wholly owned subsidiary of Family Dollar Stores, Inc. Family Dollar Stores, Inc. does not have any parent corporation, and no publicly held company owns 10% or more of its stock.

Dated July 18, 2012                    Respectfully submitted,

/s/ Susan C. Sears
Susan S. Sears
ssears@littler.com
Emily H. Morris
emorris@littler.com
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Ste. 1600
Lexington, KY 40507
Telephone: 859.317.7970
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2012, I served the foregoing Notice of Appearance of Counsel via the Court's electronic filing system upon the following through the electronic filing system:

Edward I. Zwilling
Schwartz Roller & Zwilling, LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216

Jerry N. Higgins
Law Office of Jerry N. Higgins, PLLC
3426 Paoli Pike
Floyds Knobs, IN 47119

*/s/ Susan C. Sears*
Susan C. Sears

Firmwide:113250721.1 999999.3808