UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| **DARLENE WHALEY** | ) | PLAINTIFF |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE No:  3:12-cv-351-JGH |
| | ) | |
| **FAMILY DOLLAR STORES OF** | ) | |
| **KENTUCKY, LTD.** | ) | DEFENDANT |
| | ) | |

### AGREED ORDER FOR EXTENSION OF TIME
### TO FILE A RESPONSIVE PLEADING

Upon agreement of the parties, and the Court being duly and sufficiently advised, it is hereby ORDERED that Defendant, Family Dollar Stores of Kentucky, Ltd., shall have 20 days up to and including September 6, 2012, in which to file a responsive pleading to the Complaint filed in this matter.

Have Seen And Agreed To:

*/s/Susan C. Sears*
Susan C. Sears
ssears@littler.com
Emily H. Morris
emorris@littler.com
LITTLER MENDELSON, P.S.C.,
333 West Vine Street, Suite 1620
Lexington, KY  40507
Telephone: 859.317.7970
Attorneys for Defendant

- 2 -

*/s/Edward I. Zwilling*   (with permission)
Edward I. Zwilling
Schwartz Zweben, LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216
Telephone: 205.822.2701
Email:  ezwilling@szalaw.com


*/s/Jerry N. Higgins*   (with permission)
Jerry N. Higgins
Law Office of Jerry N. Higgins, PLLC
Kentucky Bar:  90310
3426 Paoli Pike
Floyds Knobs, IN  47119
Telephone:  (502) 625-3065
 Facsimile:  (812) 542-1595
 Email:   jnh@jerryhigginslaw.com

Firmwide:113833256.1 053439.1254

- 2 -