UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DARLENE WHALEY,
an individual

    Plaintiff,

CASE NO: 3:12-CV-351-JGH

vs.

FAMILY DOLLAR STORES OF KENTUCKY, LTD,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Darlene Whaley, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Family Dollar Stores of Kentucky, Ltd., with prejudice, as the complaint has been amended to name Walter Wagner, Jr. Co., LLC as the proper party Defendant.

Dated this the 5th day of September 2012.

                                                  Respectfully submitted,

                                                /s/ Edward I. Zwilling
                                                Edward I. Zwilling, Esq.
                                                Ala. Bar No. ASB-1564-L54E

**OF COUNSEL**:
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone: (205) 822-2701
Facsimile: (205) 822-2702
Email: ezwilling@szalaw.com

**Local Counsel:**
Jerry N Higgins, Esquire
Law Office of Jerry N. Higgins, PLLC

Kentucky Bar: 90310
3426 Paoli Pike
Floyds Knobs, IN  47119
(502) 625-3065-Telephone
(502) 625-7264-Facsimile
Email: jnh@jerryhigginslaw.com