UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DARLENE WHALEY                                                                              PLAINTIFF

VS                                                                          CIVIL ACTION NO. 3:12CV-351-H

FAMILY DOLLAR STORES OF KENTUCKY LTD                              DEFENDANT(S)

## ORDER

Counsel having notified the Court of a Voluntary Dismissal pursuant to Rule 41 (DN#15), **IT IS HEREBY ORDERED** that the following party, FAMILY DOLLAR STORES OF KENTUCKY LTD, as defendant is **DISMISSED** from the Court's docket.

Date: September 6, 2012

Copies to counsel