UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DARLENE WHALEY,

    Plaintiff,

CASE NO: 3:12-CV-351-JGH

vs.

WALTER WAGNER JR., CO., LLC,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, Darlene Whaley, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Walter Wagner Jr., Co., LLC, with prejudice, as the parties have amicably resolved this matter.

Dated this the 20th day of December 2012.

                                                  Respectfully submitted,

                                                /s/ Edward I. Zwilling
                                                Edward I. Zwilling, Esq.
                                                Ala. Bar No. ASB-1564-L54E

**OF COUNSEL**:
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone: (205) 822-2701
Facsimile: (205) 822-2702
Email: ezwilling@szalaw.com

**Local Counsel:**
Jerry N Higgins, Esquire
Law Office of Jerry N. Higgins, PLLC
Kentucky Bar: 90310

3426 Paoli Pike
Floyds Knobs, IN  47119
(502) 625-3065-Telephone
(502) 625-7264-Facsimile
Email: jnh@jerryhigginslaw.com