UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DARLENE WHALEY                                                                    PLAINTIFF(S)

VS                                                                CIVIL ACTION NO. 3:12CV-351-H

WALTER WAGNER JR., CO., LLC                                                      DEFENDANT(S)

### ORDER

Counsel for the plaintiff having notified the Court of a Voluntary Dismissal pursuant to Rule 41 (a) (1) (DN#18). **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with prejudice.

Date: December 21, 2012

Copies to counsel